stipulation to the effect that the price at the date of exportation of the instant merchandise at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China for export to the United States, in usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930, is the appraised value, less any amount added under duress

On the agreed facts I find and hold the proper dutiable export value of the merchandise covered by said appeals to be the value found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.

## H. MASSABNY & Co. *v.* UNITED STATES

**No. 4941.**—Invoice dated Shanghai, China, December 19, 1939.
   Certified December 21, 1939.
   Entered at New York, January 26, 1940.
   Entry No. 780078.

(Decided June 19, 1940)

*Fred Bennett* (*Harry M. Farrell* of counsel) for the plaintiff.
*Webster J. Oliver,* Assistant Attorney General (*William J. Vitale,* special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the price at the date of exportation of the instant merchandise at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China for export to the United States in usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930, is the appraised value, less any amount added under duress.

On the agreed facts I find and hold the proper dutiable export value of the merchandise covered by this appeal to be the value found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.

## TAKLA BROS. *v.* UNITED STATES

**No. 4942.**—Invoice dated Shanghai, China, November 2, 1939.
   Entered at New York, December 6, 1939.
   Entry No. 760891.

(Decided June 19, 1940)

*Fred Bennett* (*Harry M. Farrell* of counsel) for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special. attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the price at the date of exportation of the instant merchandise at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China for export to the United States in usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930 is the appraised value, less any amount added under duress.

On the agreed facts I find and hold the proper dutiable export value of the merchandise covered by this appeal to be the value found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.

ERNESTO SOLARI ET AL. *v.* UNITED STATES

No. 4943.—Invoices dated Naples, Italy, April 29, 1936, etc.
　　　　　Certified April 29, 1936, etc.
　　　　　Entered at New York, May 25, 1936, etc.
　　　　　Entry Nos. 34048, etc.

(Decided June 21, 1940)

*Strauss & Hedges; Lane & Wallace; Brooks & Brooks; Barnes, Richardson & Colburn,* Associate counsel (*Albert McC. Barnes, Eugene F. Blauvelt, Hadley S. King, Samuel Isenschmid,* and *Frederick W. Brooks, Jr.,* of counsel) for the plaintiffs.
*Webster J. Oliver,* Assistant Attorney General (*William J. Vitale,* special attorney), for the defendant.

CLINE, Judge: These five appeals for reappraisement were consolidated for trial. The merchandise under reappraisement in the various appeals and the entered values thereof are as follows:

No. 120021–A. Pecorino Romano Sardo cheese exported by Cav. Giovanni Ambriola & Fratello of Naples, Italy, on April 29, 1936, entered at $63 per 100 kilos, less cash discount of 2 per centum and less inland freight, cartage, and ocean freight.

No. 120030–A: Reggiano cheese exported by Figli Di Virginio Cantarelli & C. of S. Ilario D'Enza, Italy, on April 29, 1936, entered at $44 per 100 kilos, less cash discount of 2 per centum.

No. 120840–A. Pecorino Romano Sardo cheese from Ciro Piro of Naples, Italy, March 30, 1936, entered at $60 per 100 kilos less 2 per centum cash discount and less inland freight and cartage.